**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CSAA INSURANCE EXCHANGE,<br><br>Plaintiff,<br><br>v.<br><br>GUANG DONG XINBAO ELECTRICAL APPLIANCES HOLDINGS CO LTD dba INNOLIFE, a foreign business entity, AMAZON.COM, INC., a Washington Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 1:22-cv-00530-JLT-BAM<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL OF ACTION** |

**ORDER**

On March 16, 2023, the parties filed a notice of settlement in this matter. (Doc. 28.) On March 20, 2023, the Court ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety by April 6, 2023, pursuant to Local Rule 160 and Local Rule 272. (Doc. 29.) The parties filed a subsequent joint stipulation stating that due to the timelines agreed to by the parties in the Settlement Agreement, the April 6, 2023 deadline should be continued 90 days to allow for the completion of the settlement and the filing of the dismissal. (Doc. 30 at 2.)

Based on the Joint Stipulation to Continue the Deadline to File Dismissal of the Action, and for good cause shown, the Court hereby orders that the deadline for the parties to file

---

**ORDER RE JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL OF ACTION**

appropriate papers to dismiss or conclude this action in its entirety is CONTINUED to July 5, 2023.

IT IS SO ORDERED.

| Dated: | **March 31, 2023** | /s/ *Barbara A. McAuliffe* |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28